UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-47229
Chapter 13
Hon: RANDON

Rebecca Ormsby
       Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

Rita Kostopolous
30800 Van Dyke Rd
Ste 204
Warren, MI 48093
586-574-0916
_____/

**OBJECTION TO CONFIRMATION**

NOW COMES, Christian Financial Credit Union, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. That Debtors Chapter 13 Plan proposes to treat the vehicle claim of the Creditor as a claim 5 claim.

2. Creditor has placed insurance on the collateral as the Debtor has failed to maintain it themselves.

3. Debtor has failed to meet the terms of the Chapter 13 Plan by failing to maintain insurance.

WHEREFORE, Christian Financial Credit Union, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: June 30, 2015    By: /S/ Christopher E. Frank
               Christopher E. Frank (P67169)
               cfrank@theleducgroup.com
               Attorney for Creditor
               6 Parklane Blvd, Ste 665
               Dearborn, MI 48126
               (313) 914-5846

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-47229
Chapter 13
Hon: RANDON

Rebecca Ormsby

                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

Rita Kostopolous
30800 Van Dyke Rd
Ste 204
Warren, MI 48093
586-574-0916
_____/

## PROOF OF SERVICE

    On the June 30, 2015, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

Krispen Carroll Trustee

Rita Kostopolous, Debtor Counsel

Rebecca Ormsby
13656 Irvington Ct
Warren MI, 48088

                        /s/ Christopher E. Frank____
                        Christopher E. Frank (P67169)
                        cfrank@theleducgroup.com
                        6 Parklane Blvd, Ste 665
                        Dearborn, MI 48126
                        (313) 914-5846